IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| DOUGLAS M. RAY, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Civil No. 3:10cv136 |
| | ) | |
| ALLERGAN, INC., *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## DEFENDANTS' RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants Allergan, Inc. and Allergan U.S.A., Inc. ("Allergan"), by counsel, hereby move the Court pursuant to Fed. R. Civ. P. 50 for judgment as a matter of law. Plaintiff has failed to produce sufficient evidence to support his claim, and a reasonable jury does not have a legally sufficient basis to find in favor of Plaintiff. Specifically, Plaintiff failed to provide legally sufficient evidence that (1) BOTOX® can cause autoimmune encephalitis or that it did, in fact, cause his injuries; (2) its BOTOX® warnings were inadequate; (3) but for such inadequacy, Dr. Hristova would not have prescribed his BOTOX® in July 2007; and (4) a reasonable physician would not have prescribed BOTOX® for Plaintiff had stronger warnings been provided. Plaintiff also failed to provide sufficient evidence to support punitive damages.

In support of this motion, Allergan submits herewith a memorandum of points and authorities, which is incorporated herein by reference.

Respectfully submitted,

ALLERGAN, INC. and ALLERGAN U.S.A., INC.

/s/ Brian D. Fowler
Gary J. Spahn (VA Bar #15285)
Brian D. Fowler (VA Bar #44070)
TROUTMAN SANDERS LLP
1001 Haxall Point
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1200
Fax: (804) 697-1339
gary.spahn@troutmansanders.com
brian.fowler@troutmansanders.com

Ellen L. Darling (CA Bar #149627) (*pro hac vice*)
Brendan M. Ford (CA Bar #224333) (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Fax: (714) 427-7799
edarling@swlaw.com
bford@swlaw.com

Vaughn Crawford (AZ Bar #006324) (*pro hac vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004
Telephone: (602) 382-6368
Fax: (602) 382-6070
vcrawford@swlaw.com

GinaMarie Slattery (AZ Bar #012867) (*pro hac vice*)
SLATTERY PETERSEN PLLC
111 West Monroe, Suite 1000
Phoenix, AZ 85003
Telephone: (520) 885-3222
Fax: (520) 885-3251
gslattery@slatterypetersen.com

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on the 26th day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

>Stephen W. Bricker (VA Bar #14564)
>Christopher L. Anderson (VA Bar #35173)
>BrickerAnderson, P.C.
>411 E. Franklin Street, Suite 504
>Richmond, VA 23219
>Telephone: (804) 649-2304
>Fax: (804) 649-3380
>bricker@brickeranderson.com
>
>Ray Chester (*pro hac vice*)
>Jessica Palvino (*pro hac vice*)
>Brian Thompson (*pro hac vice*)
>McGinnis, Lochridge & Kilgore, LLP
>600 Congress Avenue, Suite 2100
>Austin, TX 78701
>Telephone: (512) 495-6000
>Fax: (512) 495-6093
>rchester@mcginnislaw.com
>
>*Counsel for Plaintiff*

>/s/ Brian D. Fowler
>Gary J. Spahn (VA Bar #15285)
>Brian D. Fowler (VA Bar #44070)
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>P.O. Box 1122
>Richmond, VA 23218-1122
>Telephone: (804) 697-1200
>Fax: (804) 697-1339
>gary.spahn@troutmansanders.com
>brian.fowler@troutmansanders.com