IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DOUGLAS M. RAY, JR.,

        Plaintiff,        Civil Action No. 3:10cv136

v.

ALLERGAN, INC., et al.,

        Defendants.

## VERDICT

1. As to the claim of negligent failure to warn, we, the Jury, find our verdict:

   ✓   in favor of the Plaintiff, Douglas M. Ray, Jr. and against the Defendant;

OR

_____ against the Plaintiff, Douglas M. Ray, Jr. and in favor of the Defendant.

If you find your verdict in favor of the Plaintiff, answer the following questions. If you find your verdict in favor of the Defendant, do not answer any additional questions but sign and return this Verdict.

2. (a) What amount of money, if any, would compensate the Plaintiff for the injuries he sustained as a result of the Defendant's conduct?

    $ 12,000,000.00

(b) Do you find that an award of pre-judgment interest is necessary to compensate the Plaintiff fully for his injuries?

   ✓  Yes   OR   _____ NO

If Yes, interest is awarded on this sum beginning on July 17, 2007 (date).

If you entered an amount in response to Question 2a, proceed to Question 3.

3. What amount of damages, if any, in addition to the amount entered in response to Question 2, should be awarded to the Plaintiff as punitive damages?

$ 200,000,000.00

The foreperson shall sign and date the verdict form.

_Alina N. Castle_  
FOREPERSON

_04/28/2011_  
DATE