IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DOUGLAS M. RAY, JR.,

      Plaintiff,

Civil Action No. 3:10cv136

v.

ALLERGAN, INC., et al.,

      Defendants.

### ORDER

For the reasons set forth on the record on April 26, 2011, it is hereby ORDERED that DEFENDANTS' RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW (Docket No. 189) is denied.

It is so ORDERED.

                              /s/ REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: April 29, 2011