IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DOUGLAS M. RAY, JR.,

    Plaintiff,

v.                      Civil Action No. 3:10cv136

ALLERGAN, INC., et al.,

    Defendants.

## JUDGMENT ORDER

Pursuant to the verdict entered herein on April 28, 2011 and the Court's Order remitting the punitive damage award in the verdict to comply with the limit imposed by Virginia statute, it is hereby ORDERED that judgment is hereby entered in favor of the plaintiff, Douglas M. Ray, Jr. against the defendants in the amount of TWELVE MILLION AND THREE HUNDRED FIFTY THOUSAND DOLLARS ($12,350,000.00) with pre-judgment interest upon the amount of TWELVE MILLION DOLLARS ($12,000,000.00) from July 17, 2007 until April 29, 2011 and that post-judgment interest shall accrue on the total judgment, including the prejudgment interest component, at the federal judgment interest rate of 0.24 percent from April 29, 2011 until paid in full.

    It is so ORDERED.

                                          /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 29, 2011