IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| DOUGLAS M. RAY, JR., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) Civil No. 3:10cv136 |
| | ) |
| ALLERGAN, INC., *et al.*, | ) |
| | ) |
| DEFENDANTS. | ) |

## DEFENDANT'S MOTION SEEKING ACCESS TO AND USE OF COURTROOM SECURITY CAMERA VIDEO FOOTAGE FROM APRIL 27, 2011

Defendant Allergan, Inc. ("Allergan"), by counsel, hereby moves the Court for an order permitting the United States Marshals Service to release to Allergan's counsel a copy of the security camera video footage taken during closing arguments at trial of this matter on April 27, 2011, between 9:30 a.m. and 12:00 p.m. EDT, reflecting the argument of Plaintiff's counsel at the attorney lectern. As detailed in the supporting memorandum filed herewith, this footage is needed by Allergan for use in preparing its post-trial motions and, if necessary, for use in any appeal to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

ALLERGAN, INC.

/s/ Brian D. Fowler
Gary J. Spahn (VA Bar #15285)
Brian D. Fowler (VA Bar #44070)
TROUTMAN SANDERS LLP
1001 Haxall Point
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1200
Fax: (804) 697-1339
gary.spahn@troutmansanders.com
brian.fowler@troutmansanders.com

- 2 -

Ellen L. Darling (CA Bar #149627) (*pro hac vice*)
Brendan M. Ford (CA Bar #224333) (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Fax: (714) 427-7799
edarling@swlaw.com
bford@swlaw.com

Vaughn Crawford (AZ Bar #006324) (*pro hac vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004
Telephone: (602) 382-6368
Fax: (602) 382-6070
vcrawford@swlaw.com

GinaMarie Slattery (AZ Bar #012867) (*pro hac vice*)
SLATTERY PETERSEN PLLC
111 West Monroe, Suite 1000
Phoenix, AZ 85003
Telephone: (520) 885-3222
Fax: (520) 885-3251
gslattery@slatterypetersen.com

*Counsel for Defendant*

## Certificate of Service

I hereby certify that on the 2nd day of May, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

> Stephen W. Bricker (VA Bar #14564)
> Christopher L. Anderson (VA Bar #35173)
> BrickerAnderson, P.C.
> 411 E. Franklin Street, Suite 504
> Richmond, VA 23219
> Telephone: (804) 649-2304
> Fax: (804) 649-3380
> bricker@brickeranderson.com
>
> Ray Chester (*pro hac vice*)
> Jessica Palvino (*pro hac vice*)
> Brian Thompson (*pro hac vice*)
> McGinnis, Lochridge & Kilgore, LLP
> 600 Congress Avenue, Suite 2100
> Austin, TX 78701
> Telephone: (512) 495-6000
> Fax: (512) 495-6093
> rchester@mcginnislaw.com
>
> *Counsel for Plaintiff*

> /s/ Brian D. Fowler
> Gary J. Spahn (VA Bar #15285)
> Brian D. Fowler (VA Bar #44070)
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> P.O. Box 1122
> Richmond, VA 23218-1122
> Telephone: (804) 697-1200
> Fax: (804) 697-1339
> gary.spahn@troutmansanders.com
> brian.fowler@troutmansanders.com