IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DOUGLAS M. RAY, JR., | ) |
| PLAINTIFF, | ) |
| v. | ) Civil No. 3:10cv136 |
| ALLERGAN, INC., *et al.*, | ) |
| DEFENDANTS. | ) |

### DEFENDANT'S RULE 59 MOTION FOR NEW TRIAL

Defendant Allergan, Inc. ("Allergan"), by counsel, hereby moves the Court for a new trial pursuant to Fed. R. Civ. P. 59. A new trial is warranted because (1) the verdict is against the clear weight of the evidence, (2) Allergan was substantially prejudiced by errors related to the admission of evidence, the questioning of witnesses, and instructions given to the jury, as well as improper argument by Plaintiff's counsel, and (3) enforcement of the judgment would otherwise result in a miscarriage of justice. The particular grounds for this motion are set forth in detail in Allergan's supporting memorandum of points and authorities, which is filed herewith.[1]

---

[1] This motion is being filed as an alternative to Allergan's Rule 50(b) Renewed Motion for Judgment as a Matter of Law, which is being filed this same day.

Respectfully submitted,

ALLERGAN, INC.

/s/ Brian D. Fowler
Gary J. Spahn (VA Bar #15285)
Brian D. Fowler (VA Bar #44070)
TROUTMAN SANDERS LLP
1001 Haxall Point
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1200
Fax: (804) 697-1339
gary.spahn@troutmansanders.com
brian.fowler@troutmansanders.com

Ellen L. Darling (CA Bar #149627) (*pro hac vice*)
Brendan M. Ford (CA Bar #224333) (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Fax: (714) 427-7799
edarling@swlaw.com
bford@swlaw.com

Vaughn Crawford (AZ Bar #006324) (*pro hac vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004
Telephone: (602) 382-6368
Fax: (602) 382-6070
vcrawford@swlaw.com

GinaMarie Slattery (AZ Bar #012867) (*pro hac vice*)
SLATTERY PETERSEN PLLC
111 West Monroe, Suite 1000
Phoenix, AZ 85003
Telephone: (520) 885-3222
Fax: (520) 885-3251
gslattery@slatterypetersen.com

*Counsel for Allergan, Inc.*

## Certificate of Service

I hereby certify that on the 27th day of May, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

        Stephen W. Bricker (VA Bar #14564)
        Christopher L. Anderson (VA Bar #35173)
        BrickerAnderson, P.C.
        411 E. Franklin Street, Suite 504
        Richmond, VA 23219
        Telephone: (804) 649-2304
        Fax: (804) 649-3380
        bricker@brickeranderson.com

        Ray Chester (*pro hac vice*)
        Jessica Palvino (*pro hac vice*)
        Brian Thompson (*pro hac vice*)
        McGinnis, Lochridge & Kilgore, LLP
        600 Congress Avenue, Suite 2100
        Austin, TX 78701
        Telephone: (512) 495-6000
        Fax: (512) 495-6093
        rchester@mcginnislaw.com

        *Counsel for Plaintiff*

        /s/ Brian D. Fowler
        Gary J. Spahn (VA Bar #15285)
        Brian D. Fowler (VA Bar #44070)
        TROUTMAN SANDERS LLP
        1001 Haxall Point
        P.O. Box 1122
        Richmond, VA 23218-1122
        Telephone: (804) 697-1200
        Fax: (804) 697-1339
        gary.spahn@troutmansanders.com
        brian.fowler@troutmansanders.com