**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **DOUGLAS M. RAY, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 3:10-cv-00136-REP-DJN |
| ) | |
| **ALLERGAN, INC., et al.** ) | |
| ) | |
| **Defendants** ) | |

## STIPULATION OF DISMISSAL

The parties, plaintiff Douglas M. Ray, Jr., and defendants Allergan, Inc. and Allergan USA, Inc. by counsel, hereby STIPULATE to the DISMISSAL of this action in its entirety and WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs related to this action.

IT IS SO STIPULATED.

Dated: August 10, 2012

| **DOUGLAS M. RAY, JR.** | **ALLERGAN, INC.** |
|---|---|
| /s/ Stephen W. Bricker | /s/ Brian D. Fowler |
| Stephen W. Bricker, VSB # 14564 | Gary J. Spahn (VA Bar #15285) |
| Christopher L. Anderson, VSB #35173 | Brian D. Fowler (VA Bar #44070) |
| BrickerAnderson, PC | TROUTMAN SANDERS LLP |
| 411 E. Franklin Street, Suite 504 | 1001 Haxall Point |
| Richmond, VA 23219 | P.O. Box 1122 |
| Telephone: (804) 649-2304 | Richmond, VA 23218-1122 |
| Fax: (804) 649-3380 | Telephone: (804) 697-1200 |
| bricker@brickeranderson.com | Fax: (804) 697-1339 |
| | gary.spahn@troutmansanders.com |
| | brian.fowler@troutmansanders.com |

Ray Chester (pro hac vice)
Brian Thompson (pro hac vice)
McGinnis, Lochridge & Kilgore LLP
600 Congress Ave., Suite 2100
Austin, TX  78701
Telephone: (512) 495-6000
Fax: (512) 505-6351
rchester@mcginnislaw.com
bthompson@mcginnislaw.com

*Attorneys for Plaintiff*

Ellen L. Darling (CA Bar #149627) (pro hac vice)
Brendan M. Ford (CA Bar #224333) (pro hac vice)
K&L Gates LLP
1900 Main Street, Suite 600
Irvine, CA 92614
Telephone:  (949) 253-0900
Fax:  (949) 253-0902
ellen.darling@klgates.com
brendan.ford@klgates.com

Vaughn Crawford (AZ Bar #006324) (pro hac vice)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004
Telephone:  (602) 382-6368
Fax:  (602) 382-6070
vcrawford@swlaw.com

GinaMarie Slattery (AZ Bar #012867)(pro hac vice)
SLATTERY PETERSEN PLLC
111 West Monroe, Suite 1000
Phoenix, AZ 85003
Telephone:  (520) 885-3222
Fax:  (520) 885-3251
gslattery@slatterypetersen.com

*Attorneys for Allergan, Inc. and Allergan USA, Inc.*